**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OPTEC INTERNATIONAL INC., a Wyoming Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORPORATE EVENT MANAGEMENT LTD., a New York Corporation, ASSURE GLOBAL LLC, a New York Limited Liability Company d/b/a We Shield, IRONCLAD LLC, a Puerto Rico Limited Liability Company, ROSEWOOD THEATRE LLC, a New York Limited Liability Company, STAME REALTY CORPORATION, an alleged New York Corporation, CARBON CAPITAL CORP., a New York Corporation, MICHAEL SINENSKY, ERIKA LONDON a/k/a ERICA LONDON, AMY BOVE, DAVID APPELL, and ROMAN VINTFELD a/k/a ROMAN VINFIELD,<br><br>Defendants. | Case No. 1:21-cv-08530-JPC<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

TAKE NOTICE that plaintiff OPTEC INTERNATIONAL INC., a Wyoming Corporation, dismisses this action with prejudice as against all defendants named herein pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
January 26, 2022

Respectfully submitted,

SICHENZIA ROSS FERENCE LLP

*/s/ Thomas P. McEvoy*
Marc J. Ross, Esq.
Daniel Scott Furst, Esq.
Owen A. Kloter, Esq.*
Thomas P. McEvoy, Esq.

1185 Avenue of the Americas, 31st Floor
New York, New York 10036
T: (212) 930-9700
F: (212) 930 9725
tmcevoy@srf.law
*Attorneys for Plaintiff*
*Optec International, Inc.*